*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-150**

IN RE JOSEPH R. COSTELLO                    **2022 DDN 10**

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 465007**

BEFORE: Easterly and AliKhan, Associate Judges, and Thompson, Senior Judge.

## O R D E R
(FILED— April 7, 2022)

On consideration of Disciplinary Counsel's Report regarding petitioner's petition for reinstatement, wherein Disciplinary Counsel informs the court that Mr. Costello has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Costello*, 233 A.3d 29 (D.C. 2020), it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that Joseph R. Costello is hereby reinstated to the Bar of the District of Columbia.

**PER CURIAM**